

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2008

**BY FAX**

Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

Re: <u>United States v. Carlos Rivera</u>
08 Cr. 407 (LAP)

Dear Judge Preska:

① The Government respectfully requests that the Court reschedule the next pre-trial conference in the above-captioned case, currently scheduled for June 24, 2008, for July 1, 2008, at 4:15 p.m. The Government also requests that the Court exclude time under the Speedy
② Trial Act, 18 U.S.C. 3161, et seq., until the July 1, 2008, pre-trial conference, in the interests of justice. The parties are engaged in continuing discussions of a possible disposition, and the defendant is continuing to review discovery and assess any potential motions to be filed. I have spoken with the defendant's attorney, Mr. John Iannuzzi, and he has informed me that the defense has no objection to either the rescheduling or the request to exclude time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

**SO ORDERED**

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 24, 2008

By: *[signature]*
RANDALL W. JACKSON
Assistant United States Attorney
Tel: (212) 637-1029
Fax: (212) 637-2390

cc: John Iannuzzi,
Attorney for the defendant
Fax: (212) 227-2099