

Law Offices Of

# IANNUZZI AND IANNUZZI

Nicholas P. Iannuzzi (1939-1972)
John Nicholas Iannuzzi, J.D.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08

Hon. Loretta A. Preska, U.S.D.J.
U.S. District Courthouse
500 Pearl Street
New York, N.Y. 10007

**RE: U.S. v Carlos Rivera**
**08 CR 407 (LAP)**

Honorable Judge Preska:

Your Honor set today, July 21, 2008, as the day by which motions herein were to be made. After lengthy discussions with A.U.S.A. Randall Jackson, however, Defendant has determined not to make motions.

Although I have as yet to receive a definitive laboratory report concerning the alleged narcotics herein - I believe Mr. Jackson is actually awaiting the same from the arresting authorities in New Jersey - Mr. Jackson has agreed, as soon as he finishes a short trial which began today, to forward a Pimentel Letter which shall likely permit a disposition of this matter in short order.

If there is any other or different information which the court requires, please have someone on your staff contact me.

*Counsel shall appear for a conference on September 4, 2008 at 11:00 a.m.*

Respectfully,

john nicholas iannuzzi, J.D.

*Time is excluded until the conference date in the interests of justice to permit plea negotiations*

City of New York
July 21, 2008

c: A.U.S.A. Randall Jackson

SO ORDERED

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

July 28 2008